UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION NO. 5:17-cv-00535-FL

SHAQUANDA WALKER, Guardian of )
the minor children: S.B. and A.C., )
    Plaintiff, )
                                          )        **MOTION TO SEAL**
v. )
                                          )
FEDERAL EMPLOYEES' GROUP LIFE )
INSURANCE, (FEGLI) and )
METROPOLITAN LIFE INSURANCE )
COMPANY, )
    Defendants. )
                                          )

NOW COMES Plaintiff, by and through undersigned counsel, and moves for this Court to order naming the minor Plaintiffs in the above-captioned matter to be sealed and kept confidential from the public. This Court is entitled to seal these documents and keep them confidential under Fed. R. Civ. P. 5.2.

Here in the matter before the Court, there is a compelling public purpose in sealing the documents filed in the above-captioned matter due to the private information including the already-filed proposed Order Appointing Guardian *Ad Litems* For Minors, Document No. 17, filed on February 8, 2018, that is, there are parties to this action who are minors and there is no good reason to disclose the names of the minors to the public.

This the 12th day of February, 2018.

By:/*Richard M. Wiggins*
Richard M. Wiggins
MCCOY WIGGINS CLEVELAND
& MCLEAN PLLC
N.C. State Bar No. 4722
P.O. Box 87009
Fayetteville, NC 28304-7009\
Telephone: (910) 483-8104
Facsimile: (910) 483-9655
Email: rwiggins@mccoywiggins.com
*Attorney for Plaintiff(s)*

CERTIFICATE OF SERVICE

This is to certify that the undersigned attorney has on this date served this Motion to Seal in the above-entitled action upon all parties to this cause by depositing a copy hereof in a postage prepaid wrapper in a postal depository under the exclusive care and custody of the United States Postal Service properly addressed to:

Elizabeth J. Bondurant
Womble Bond Dickinson LLP
271 17th Street, N.W., Suite 2400
Atlanta, GA 30363-1017

Katherine T. Lange
Womble Bond Dickinson LLP
One Wells Fargo Center, Suite 3500
301 South College Street
Charlotte, NC 28202

This 12th day of February, 2018.

/Richard M. Wiggins
Richard M. Wiggins