UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION NO. 5:17-cv-00535-FL

SHAQUANDA WALKER, Guardian of )
the minor children: S.B. and A.C., )
    Plaintiff, )
) **ORDER TO SEAL**
v. )
)
FEDERAL EMPLOYEES' GROUP LIFE )
INSURANCE, (FEGLI) and )
METROPOLITAN LIFE INSURANCE )
COMPANY, )
    Defendants. )
)

THIS MATTER is before this Court on Plaintiff's Motion to Seal an order in which minor Plaintiffs were named in the above-captioned matter and that that information be kept confidential from the public and the Court is of the opinion that these documents shall be kept confidential under and pursuant to Fed. R. Civ. P. 5.2.

IT IS THEREFORE ORDERED, that any already-filed proposed Order Appointing Guardian Ad Litems For Minors (Document No. 17, filed on February 8, 2018) be sealed and shall remain confidential.

                                                            _____
                                                            LOUISE W. FLANAGAN
                                                           United States District Judge