IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION NO. 5:17-cv-00535-FL

| | |
|---|---|
| SHAQUANDA WALKER,<br>S.B., minor, and<br>A.C., minor;<br><br>**Plaintiffs,**<br><br>v.<br><br>**FEDERAL EMPLOYEES' GROUP LIFE INSURANCE, (FEGLI) and METROPOLITAN LIFE INSURANCE COMPANY.**<br><br>**Defendant.**<br>s | **CONSENT ORDER FOR DISBURSEMENT OF FUNDS AND DISMISSAL AND DISCHARGE OF DEFENDANTS** |

THIS MATTER comes before this Court upon parties' *Joint Motion for Disbursement of Funds and Dismissal and Discharge of Defendant*.

Upon good cause shown, and with the consent of all parties, it is hereby ORDERED, ADJUDGED AND DECREED that:

1. The Clerk of Court disburse from the FEGLI Proceeds that are currently deposited with the Federal Registry the sum of $400.00 to Charles M. Brittain III, whose address is P.O. Box 1784, Fayetteville, NC 28302, for his services as Guardian-Ad-Litem for A.C.

2. The Clerk of Court disburse from the FEGLI Proceeds that are currently deposited with the Federal Registry the sum of $400.00 to David Bock whose address is P.O. Box 53551, Fayetteville, NC 28305, for his services as Guardian-Ad-Litem for S.B.

3. The Clerk of Court disburse one-quarter of the remainder of the FEGLI Proceeds that are currently deposited with the Federal Registry, plus one-quarter of any interest accrued by the FEGLI Proceeds, in an account, interest bearing if possible, with the Clerk of Superior Court, Cumberland County, North Carolina, case number 17-CVS-7318, for the benefit of the minor child A.C., to be disbursed to A.C. upon his attainment of the age of majority or upon such appropriate court order as shall be entered;

4. The Clerk of Court disburse one-quarter of the remainder of the FEGLI Proceeds that are currently deposited with the Federal Registry, plus one-quarter of any interest accrued by the FEGLI Proceeds, in an account, interest-bearing if possible, with the Clerk of Superior Court, Cumberland County, North Carolina, case number 17-CVS-7318, for the benefit of the minor child S.B., to be disbursed to S.B. upon his attainment of the age of majority or upon such appropriate court order as shall be entered;

5. The Clerk of Court disburse the remaining balance of the FEGLI Proceeds that are currently deposited with the Federal Registry, plus the remainder of any interest accrued by the FEGLI Proceeds, to Shaquanda Walker,

6. MetLife and FEGLI be dismissed and discharged from this lawsuit, with prejudice, pursuant to Fed. R. Civ. P. 41; and

7. Upon final judgment, all parties to this action be permanently enjoined from filing suit against MetLife or FEGLI or otherwise seeking recovery against MetLife or FEGLI related to, arising from, or in any way connected to the FEGLI Program or the facts set forth herein.

8. This Court approves the disbursement to be fair and reasonable to the minors A.C. and S.B.

This the 16th day of May, 2018.

                                                                      LOUISE W. FLANAGAN
                                                                      United States District Judge