UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

SHAQUANDA WALKER, *Guardian* )
*of the minor children* )
        Plaintiffs, )
  )
v. ) **JUDGMENT**
  )
  ) No. 5:17-CV-535-FL
METROPOLITAN LIFE INSURANCE )
COMPANY, )
        Defendant. )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the parties' joint motion for disbursement of funds and dismissal and discharge of defendant.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered May 16, 2018, and for the reasons set forth more specifically therein, that the parties' joint motion for disbursement of funds and dismissal and discharge of defendant is GRANTED and Plaintiff's claims are DISMISSED against defendant.

**This Judgment Filed and Entered on May 16, 2018, and Copies To:**
Richard M. Wiggins (via CM/ECF Notice of Electronic Filing)
Elizabeth J. Bondurant (via CM/ECF Notice of Electronic Filing)
Katherine T. Lange (via CM/ECF Notice of Electronic Filing)

May 16, 2018                     PETER A. MOORE, JR., CLERK
                                       /s/ Sandra K. Collins
                                       (By) Sandra K. Collins, Deputy Clerk